IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONEY BEARD PLAINTIFF

v. Case No. 6:25-cv-6121

ESCOBAR
(Sgt. ORCU) DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 31. Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 12) be dismissed without prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 31) *in toto*. Accordingly, Plaintiff's Amended Complaint (ECF No. 12) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 21st day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge